**Electronically Filed
Supreme Court
SCWC-14-0001100
24-FEB-2017
07:57 AM**

SCWC-14-0001100

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

———————————————————————————————————————

THE BANK OF NEW YORK MELLON, FKA THE BANK OF NEW YORK,
AS TRUSTEE FOR THE CERTIFICATE HOLDERS OF CWMBS, INC.,
CHL MORTGAGE PASS-THROUGH TRUST 2007-14 MORTGAGE
PASS-THROUGH CERTIFICATES, SERIES 2007-14,
Respondent/Plaintiff/Counterclaim Defendant-Appellee,

vs.

BERNARDITA MONTERO MAZERIK, BEDINAH DOLDOLEA VILLAFRANCA,
Petitioners/Defendants/Counterclaimants-Appellants,

and

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,
SOLELY AS NOMINEE FOR CENTRAL PACIFIC HOMELOANS, INC.;
EWA BY GENTRY COMMUNITY ASSOCIATION,
Respondents/Defendants-Appellees.

———————————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001100; CIV. NO. 13-1-0604)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioners/Defendants/Counterclaimants-Appellants

Bernardita Montero Mazerik and Bedinah Doldolea Villafranca's

application for writ of certiorari filed on January 10, 2017, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, February 24, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Richard W. Pollack

/s/ Michael D. Wilson